| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Bernal P. Ojeda, Esq. SBN 140387<br>8416 E. Florence Ave. Ste. 201<br>Downey, CA 90240<br>Tel 562.904.7078<br>Fax 562.904.7009 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 09 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|
| ☒ Attorney for Debtor(s) Gloria Guzman<br>☐ Debtor(s) appearing without attorney | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –_LOS ANGELES_ DIVISION**

| In re:<br><br>Gloria Guzman<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 10-58100 SK<br>CHAPTER: 13 |
|---|---|
| | **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]** |
| | DATE: 9/8/2011<br>TIME: 8:30 am<br>COURTROOM: 1575<br>PLACE: 255 E. Temple St. Los Angeles, CA 90017 |

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** *JP Morgan Chase Bank, N.A.*

1. The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

    *Street Address:*        11408 Kinghorn Street
    *Unit Number:*
    *City, State, Zip Code:*   Santa Fe Springs, CA 90670

   Legal description or document recording number (including county of recording):

   ☒ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

LEGAL DESCRIPTION

LOT 45 OF TRACT No. 17672 IN THE CITY OF SANTA FE SPRINGS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 431, PAGE(S) 240AND 25 OF MAPS IN THE CITY OF THE COUNTY RERCORDER OF SAID COUNTY.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*　　　　　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　　　　　　　**F 4003-2.4.ORDER**

    a. *NationStar  Holder of 1st Lien* in the amount of $ *338,163.00*

    b. *JP Morgan Chase Bank N.A.* in the amount of $70,088.17 ☒ is ☐ is not  to be avoided;

    c. *Name of holder of 3rd lien* in the amount of $ *Amount of lien* ☐ is ☐ is not  to be avoided;

    ☐ See attached page for any additional encumbrance(s).

4. The motion is:

    a. ☐ DENIED  ☐ with  ☐ without  prejudice, on the following grounds:

        1. ☐ Based upon the findings and conclusions made on the record at the hearing
        2. ☐ Unexcused non-appearance by Movant
        3. ☐ Lack of proper service
        4. ☐ Lack of evidence supporting motion
        5. ☐ Other (specify):

    b. ☒ GRANTED on the following terms:

        i. The Subject Property is valued at no more than $ *330,000.00* based on adequate evidence.

        ii. This avoidance of the respondent's junior lien is effective upon: ☒ completion of the chapter 13 plan, ~~or~~ *and* ☒ receipt of a chapter 13 discharge in this case.

        iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

        iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

        v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.  The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

        vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☒ completion of the chapter 13 plan, ~~or~~ *and* ☒ receipt of a chapter 13 discharge.

        vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, ~~or~~ *and* ☒ receipt of a chapter 13 discharge.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*     Page 3     **F 4003-2.4.ORDER**

    viii.   In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☒ completion of the chapter 13 plan, ~~or~~ *and* ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

    ix.   ☐ See attached continuation page for additional provisions.

###

DATED: September 9, 2011

*[signature: Sandra R. Cai]*
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*  Page 4  **F 4003-2.4.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8416 E. Florence Ave. Ste. 201, Downey, CA 90240

A true and correct copy of the foregoing document described as **PROPOSED ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***09/08/2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/08/2011 | Manola Rodriguez | /s/ manola Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Candica L.L.C. |c/o Weinstein And Riley, PS|2001 Western Avenue|Ste 400|Seattle, WA 98121
JP Morgan Chase Bank, N.A. |c/o Timothy J. Silverman|12651 High Bluff Drive, Suite 300|San Diego, CA 92130
Nationstar Mortgage |P O Box 829009|Dallas, TX 75382-9009
PRA Receivables Management LLC |POB 41067|Norfolk, VA 23541
Los Angeles Division|255 East Temple Street,|Los Angeles, CA 90012
Ally Financial |200 Renaissance Ctr|Detroit, MI 48243
Ally Financial Inc. f/k/a GMAC Inc. |P O Box 130424|Roseville, MN 55113
Bac Home Loans Servici |450 American St|Simi Valley, CA 93065
Bank Of America |Po Box 15311|Wilmington, DE 19884
Bank Of America |Po Box 1598|Norfolk, VA 23501
Bank Of America |Po Box 17054|Wilmington, DE 19850
CANDICA LLC |C O WEINSTEIN AND RILEY, PS|2001 WESTERN AVENUE, STE 400|SEATTLE, WA 98121
Chase |201 N Walnut St # De1-10|Wilmington, DE 19801
Chase Bank USA,N.A |c/o Creditors Bankruptcy Service|P O Box 740933|Dallas,Tx 75374
Chase Home Finance |1820 E. Sky Harbor Circle Sout|Phoenix, AZ 85034
Department Stores National Bank/Macy's |Bankruptcy Processing|PO Box 8053|Mason, OH 45040
Fia Card Services, NA As Successor Bank of America 1000 Samoset Drive|DE5-023-03-03|Newark, DE 19713
GE Money Bank |Attn: Bankruptcy Department|PO Box 960061|Orlando FL 32896-0661
Gemb/care Credit |Po Box 981439|El Paso, TX 79998
Gemb/jcp |Po Box 984100|El Paso, TX 79998
Imelda Guzman |10141 Roseton Ave.|Santa Fe Springs, CA 90670
J.P. Morgan Chase Bank, N.A. |c/o Shermeta, Adams & Von Allmen, P.C.|P.O. Box 80908|Rochester Hills, MI 4830
Kohls/chase |N56 W 17000 Ridgewood Dr|Menomonee Falls, WI 53051
Mcydsnb |9111 Duke Blvd|Mason, OH 45040
Nationstar Mortgage |PO BOX 829009|Dallas, TX 75382
Nationstar Mortgage Ll |350 Highland Dr|Lewisville, TX 75067
PRA Receivables Management LLC |c/o Jc Penney|POB 41067|Norfolk VA 23541
Portfolio Recovery Associates LLC |PO Box 41067|Norfolk VA 23541
Portfolio Recovery Associates, LLC |c/o Sears Charge Plus|POB 41067|Norfolk VA 23541
Sears/cbsd |Po Box 6189|Sioux Falls, SD 57117
Toyota Motor Credit Co |2 Executive Cir Ste 100|Irvine, CA 92614
Toyota Motor Credit Corporation |3200 West Ray Road|Chandler, AZ 85226
 United States Trustee (LA) |725 S Figueroa St., 26th Floor|Los Angeles, CA 90017
chase auto finance |201 n central ave|az1-1191|phoenix az 85004
Gloria Guzman |11408 Kinghorn Street|Santa Fe Springs, CA 90670

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 6    **F 4003-2.4.ORDER**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_09/08/2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Kathy A Dockery (TR)    efiling@CH13LA.com
- Joe M Lozano    notice@NBSDefaultServices.com
- Bernal P Ojeda    ojedaslaw@yahoo.com
- Bernal P Ojeda    ojedalaw@verizon.net
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Gloria Guzman
11408 Kinghorn Street
Santa Fe Springs, CA 90670

Bernal P Ojeda, Esq.
8416 E. Florence Ave. Ste. 201
Downey, CA 90240

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 7    **F 4003-2.4.ORDER**